UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ,<br><br>        Petitioner,<br><br>    v.<br><br>KIM HOLLAND, Warden,<br><br>        Respondent. | Case No. CV 15-6376-CAS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 13, 2016

                                          CHRISTINA A. SNYDER
                                UNITED STATES DISTRICT JUDGE